dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

CHARLES I. GOLDMAN, as Treasurer, etc., v. JOSEPH ROSENZWEIG and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

CHARLES I. GOLDMAN, as Treasurer, etc., v. JOSEPH ROSENZWEIG and Others.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

FRANK D. WILLIAMS and Others v. EAST RIVER NATIONAL BANK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

CHARLES F. BAUER v. ROSALIND ALLEN (Also Known as ROSAMOND ALLEN).— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

HARRISON H. BOYCE and Another v. THE MOTOMETER COMPANY, INC., and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JOSEPH AVOLA v. THERESA GENTILE and Others. In the Matter of the Application of THERESA GENTILE and Others, for Leave to Sell and Convey All Right, Share and Interest of Infants in Certain Real Property.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

CLARA PASSMAN v. SARAH ODENCE. HARRY PASSMAN v. SARAH ODENCE.— Motion granted so far as to stay execution of judgments pending the determination by this court of the motion to be made for leave to appeal or for reargument, and in the event of denial thereof, then until the granting or final refusal by the Court of Appeals of leave to appeal to that court, upon appellants filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

MEYER NOCHOMSON v. VICTOR BATKIN and Another — JOHN B. DOYLE.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JUNE FARREY, an Infant, etc., v. HUDSON AND MANHATTAN RAILROAD COMPANY. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Application of ALEXANDER C. SOPER, as Trustee of WAVA THOMPSON and Others, for an Order Directing the Issuance of a Peremptory Mandamus Order, Directed to ELEANOR C. HUGHES, as Secretary, etc., and JOHN R. WEEKS, as President, etc., and Any Other Officers and Directors, to Permit an Inspection of the Corporate Books.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay pending the granting or final refusal of leave to appeal by the Court of Appeals granted upon appellants' filing a surety company undertaking to secure payment of all costs and damages awarded against them in this court, and the further sum required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin, and O'Malley, JJ.

JOSEPH J. LEE v. HAMILTON FIRE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.